

COM.

v.

**ROGERS, R.**

**2799 EDA 2016**

Superior Court of Pennsylvania.

08/16/2017

Reargument Denied 10/18/2017

CP–51–CR–0011563–2009
(Philadelphia)

Vacated/Remanded

COM.

v.

**HESS, H.**

**3199 EDA 2016**

Superior Court of Pennsylvania.

08/16/2017

CP–23–CR–0000551–2012
(Delaware)

Affirmed

COM.

v.

**KEHOE, J.**

**3063 EDA 2016**

Superior Court of Pennsylvania.

08/16/2017

CP–46–0002517–1976
(Montgomery)

Affirmed

COM.

v.

**MCDONALD, V.**

**3285 EDA 2016**

Superior Court of Pennsylvania.

08/16/2017

CP–51–CR–0011816–2012
(Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

